**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00626-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

DARRICK ALEXANDER,

 Plaintiff,

v.

EXECUTIVE DIRECTOR OF COLORADO DEPT. OF CORRECTIONS,
THE COLORADO DEPT. OF CORRECTIONS & ITS AFFILIATES, public &/or private,
STERLING CORRECTIONAL FACILITY, and
COLORADO DEPT. OF CORRECTIONS STAFF, et al.,

 Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

 Plaintiff has submitted a "Memorandum of Law" (ECF No. 1), an "Affidavit & Affirmation" (ECF No. 3), and a "Prisoner's Motion & Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915" (ECF No. 4).  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  ___  is not submitted
(2)  ___  is missing affidavit
(3)  xx  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (account statement submitted is more than one month old and does not cover the relevant six-month

|      |     | period.) |
|------|-----|----------|
| (4)  |     | is missing certificate showing current balance in prison account |
| (5)  |     | is missing required financial information |
| (6)  |     | is missing an original signature by the prisoner |
| (7)  | xx  | is not on proper form (must use the court's current form) |
| (8)  |     | names in caption do not match names in caption of complaint, petition or habeas application |
| (9)  |     | other:_____. |

**Complaint, Petition or Application**:
| (10) | xx  | is not submitted |
|------|-----|------------------|
| (11) |     | is not on proper form (must use the court's current form) |
| (12) |     | is missing an original signature by the prisoner |
| (13) |     | is missing page nos. ___ |
| (14) |     | uses et al. instead of listing all parties in caption |
| (15) |     | names in caption do not match names in text |
| (16) | xx  | addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application |
| (17) |     | other: _____ |

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED March 13, 2012, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge