**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00626-BNB

DARRICK ALEXANDER,

      Plaintiff,

v.

EXECUTIVE DIRECTOR OF COLORADO DEPT. OF CORRECTIONS,
THE COLORADO DEPT. OF CORRECTIONS & ITS AFFILIATES, public &/or private,
STERLING CORRECTIONAL FACILITY, and
COLORADO DEPT. OF CORRECTIONS STAFF, et al.,

      Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

      Plaintiff's Petition for Rehearing With a Suggestion for Rehearing En Banc (ECF No. 8) filed on March 30, 2012, is DENIED for the same reasons set forth in the Court's Order (ECF No. 7) entered on March 15, 2012.

Dated:  April 3, 2012